

# United States District Court
# Northern District of Illinois

In the Matter of

Jeffrey Hopf, etc.

v.

Peter C. Duprey, et al

District Judge Robert W. Gettleman

Case No. 11-CV-1519

Designated Magistrate Judge
Robert W. Gettleman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Joan Humphrey Lefkow to be related to 11 C 1059 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Robert W. Gettleman**

Date: Tuesday, April 26, 2011

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Robert W. Gettleman

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Tuesday, April 26, 2011

District Reassignment - Finding of Relatedness