**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY HOPF, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., | ) ) ) |
| Plaintiff, | ) Case No. 11-CV-01519 ) |
| v. | ) Honorable Robert W. Gettleman ) ) |
| PETER C. DUPREY, *et al.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| BROADWIND ENERGY, INC. | ) ) |
| Nominal Defendant. | ) ) |

**BROADWIND ENERGY, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Broadwind Energy, Inc. ("Broadwind") hereby states that Broadwind has no parent corporation and that no publicly held corporation owns 10% or more of Broadwind's stock. Broadwind further states that it has no publicly held affiliates as defined in Local Rule 3.2.

Dated: May 3, 2011

BROADWIND ENERGY, INC.

By its attorneys:

**/s/ James W. Ducayet**

James W. Ducayet
Kristen R. Seeger
Brian S. Shull
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000