UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY HOPF, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br>Plaintiff, <br><br>vs. <br><br>PETER C. DUPREY; DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., <br><br>Defendants, <br><br>- and - <br><br>BROADWIND ENERGY, INC., <br><br>Nominal Defendant. | Civil Action No. 11 C 1519 <br><br>Honorable Robert W. Gettleman |

**NOTICE OF CHANGE OF ATTORNEY FIRM ASSOCIATION**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Francis A. Bottini, Jr. and Albert Y. Chang of Johnson Bottini, LLP, counsel for Plaintiff Jeffrey Hopf, have changed their law firm association. Francis A. Bottini, Jr. and Albert Y. Chang are no longer associated with Johnson Bottini, LLP, which was dissolved effective May 1, 2011.

Mr. Bottini is now associated with Chapin Fitzgerald Sullivan & Bottini LLP, located at 550 West C Street, Suite 2000, San Diego, California 92101. The telephone and fax numbers are (619) 241-4810 (telephone) and (619) 955-5318 (fax). Chapin Fitzgerald Sullivan & Bottini LLP is now attorney of record for Plaintiff in this action. Please update your service lists accordingly.

Dated: May 17, 2011

CHAPIN FITZGERALD
  SULLIVAN & BOTTINI LLP
Francis A. Bottini, Jr.
Albert Y. Chang

      s/ Albert Y. Chang
        Albert Y. Chang

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

THE LAW OFFICES OF EDWARD T. JOYCE
  & ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360

*Counsel for Plaintiff Jeffrey Hopf*

# CERTIFICATE OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 550 West C Street, Suite 2000, San Diego, California 92101.

I certify that on May 17, 2011, I caused a copy of the foregoing Notice of Change of Attorney Firm Association to be served via the Court's electronic filing system on all counsel of record in these actions.

Dated: May 17, 2011

s/ Andrea E. Ringer<br>
Andrea E. Ringer